| | |
|---|---|
| 1 | Willis M. Wagner (SBN 310900) |
| 2 | Sean A. Newland (SBN 300928) |
|   | Rocco Pallin (SBN 360385) |
| 3 | GREENBERG TAURIG, LLP |
|   | 400 Capitol Mall, Suite 2400 |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 442-1111 |
| 5 | Facsimile: (916) 448-1709 |
| 6 | will.wagner@gtlaw.com |
|   | sean.newland@gtlaw.com |
| 7 | rocco.pallin@gtlaw.com |

Attorneys for Defendant
SMART & FINAL LLC, CHEDRAUI USA, INC.
and AMERIFOODS TRADING COMPANY LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT SCOTT, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-00732-JLT-CDB |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))** |
| v. | |
| SMART & FINAL LLC, CHEDRAUI USA, INC. and AMERIFOODS TRADING COMPANY LLC, | Complaint Filed: June 16, 2025 |
| | Amended Complaint Filed: September 2, 2025 |
| Defendants. | Current Response Date: September 26, 2025 |
| | New Response Date: October 24, 2025 |

Plaintiff Everett Scott and Defendants Smart & Final LLC, Chedraui USA, Inc., and Amerifoods Trading Company LLC (collectively, "Defendants", and together with Plaintiff, the "Parties"), through their respective counsel of record, hereby stipulate and agree pursuant to E.D. Cal. L.R. 144(a) as follows:

WHEREAS, on June 16, 2025, Plaintiff filed the initial complaint in this case in the United States District Court for the Eastern District of California;

WHEREAS, before the initial complaint was served on Defendants, Plaintiff sought and the Court granted Plaintiff leave to file a First Amended Complaint ("FAC") on August 27, 2025;

WHEREAS, Plaintiff filed the FAC on September 2, 2025 and served the FAC on Defendants on September 5, 2025;

WHEREAS, the deadline for Defendants to respond to the FAC is currently September 26, 2025;

WHEREAS, Defendants have not previously requested an extension of time to respond to the FAC; and

WHEREAS, extending Defendants' deadline to respond to the FAC to October 24, 2025 would extend the deadline by twenty-eight (28) days, which is permissible via stipulation without Court order pursuant to Eastern District Local Rule 144(a);

NOW THEREFORE, the Parties, by and through their respective counsel of record, HEREBY STIPULATE and AGREE to extend the time for Defendant to respond to the Complaint by twenty-eight (28) days, from September 26, 2025 to October 24, 2025.

Dated: September 25, 2025     **GREENBERG TRAURIG, LLP**

By: */s/Sean A. Newland*
Willis M. Wagner
Sean A. Newland
Rocco Pallin

Attorneys for Defendants
SMART & FINAL LLC, CHEDRAUI USA, INC. and AMERIFOODS TRADING COMPANY LLC

Dated: September 25, 2025     **BRYSON HARRIS SUICIU DEMAY PLLC**

By: */s/Trenton R. Kashima*
Trenton R. Kashima

Attorneys for Plaintiff
EVERETT SCOTT