UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST STREET FOOD LLC, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00732-JLT-CDB<br><br>ORDER ON STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND VACATING OCTOBER 30, 2025, SCHEDULING CONFERENCE<br><br>(Docs. 3, 8, 16) |

Plaintiff Everett Scott ("Plaintiff") initiated this action with the filing of a class action complaint on June 16, 2025, against Defendants First Street Food LLC, Smart & Final, LLC, Chedraui USA, Inc., and Amerifoods Trading Company LLC (collectively, "Defendants"). (Doc. 1). After the Court granted Plaintiff's motion to amend her complaint (Doc. 5), on September 2, 2025, Plaintiff filed a first amended complaint. (Doc. 6). On September 3, 2025, the Court continued the initial scheduling conference to October 30, 2025, due to the status of the case and to permit the pleadings to settle. (Doc. 8). On September 25, 2025, the parties stipulated pursuant to Local Rule 144(a) to extend the time for Defendants to respond to the first amended complaint by not more than 28 days to October 24, 2025. (Doc. 15).

Pending before the Court is the parties' stipulated request to continue the initial scheduling conference from October 24, 2025, to January 2, 2026. (Doc. 16). The parties represent that Defendants expect to file a motion to dismiss the first amended complaint on or

1 before the October 24, 2025, pleading deadline, and as a result, the pleadings will not be settled
2 by the currently set scheduling conference, warranting the need for the requested continuance.
3 *Id.* at 2.
4       Accordingly, due to the status of the case and to allow the pleadings to settle or to
5 complete briefing on an anticipated motion to dismiss, the Court finds it appropriate to continue
6 the initial scheduling conference 120 days.  In the event Defendants answer the first amended
7 complaint in lieu of moving to dismiss, Plaintiff may seek advancement of the scheduling
8 conference with an appropriate filing.

**Conclusion and Order**

10       Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for October
11 30, 2025, is continued to March 2, 2026, at 10:00AM.
12 IT IS SO ORDERED.
13 Dated: __**October 9, 2025**__  
14                                                UNITED STATES MAGISTRATE JUDGE