Trenton R. Kashima (SBN 291405)
**BRYSON HARRIS SUCIU**
**& DEMAY PLLC**
19800 MacArthur Blvd., Suite 270
Irvine, CA 92612
(212) 946-9389
tkashima@brysonpllc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT SCOTT, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SMART & FINAL LLC, CHEDRAUI USA, INC. and AMERIFOODS TRADING COMPANY LLC,<br><br>   Defendants. | Case No. 1:25-cv-00732-JLT-CDB<br><br>Hon. Jennifer L. Thurston<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Everett Scott ("**Plaintiff**") and Defendants Smart & Final LLC, Chedraui USA, and Amerifoods Trading Company LLC ("**Defendants**") (collectively, the "Parties"), the parties to the above-entitled action, hereby submit this Joint Stipulation of Dismissal. The parties stipulate and agree to dismiss this action, with prejudice, with each party to bear its own costs, fees, and expenses.

Dated: March 6, 2026                         **BRYSON HARRIS SUICIU DEMAY PLLC**

By: */s/ Trenton R. Kashima*
   Trenton R. Kashima

Attorneys for Plaintiff
EVERETT SCOTT

Dated: March 6, 2026                         **GREENBERG TRAURIG, LLP**

By: */s/ Sean A. Newland*
   Willis M. Wagner
   Sean A. Newland
   Rocco Pallin

Attorneys for Defendants
SMART & FINAL LLC, CHEDRAUI USA, INC.
and AMERIFOODS TRADING COMPANY LLC